**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Loryn Britt and Dustin Britt, Respondents,

v.

Phillip Edward Tindall, Barbara Nutter Hicklin, and David Ernest Hicklin, Defendants,

Of whom Phillip Edward Tindall is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-001043

―――――――――

Appeal From Florence County
Holly H. Wall, Family Court Judge

―――――――――

Unpublished Opinion No. 2025-UP-045
Submitted January 31, 2025 – Filed February 3, 2025

―――――――――

**AFFIRMED**

―――――――――

Melinda Inman Butler, of The Butler Law Firm, of Union, for Appellant.

Marian Dawn Nettles, of Nettles Turbeville & Reddeck, of Lake City; and Brooke Chapman Evans, of Evans & Turnblad, LLC, of Florence, both for Respondents.

Philip Bryan Atkinson, of the Atkinson Law Firm, LLC, of Florence, as Guardian ad Litem.

---

**PER CURIAM:**  Phillip Edward Tindall appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Tindall's counsel.

**AFFIRMED.**[1]

**KONDUROS, GEATHERS, and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.